# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Stephen G. Larson and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

## EDCV09- 955 SGL (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [X] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MAG INSTRUMENT, INC., a California
corporation,

v.          PLAINTIFF,

BRANDERS.COM, INC., a Delaware corporation,
and DOES 1-10,

                    DEFENDANTS.

CASE NUMBER

CV-

EDCV09-0955 SGL VBK

SUMMONS

TO:     THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney

Robert C. Weiss _____ , whose address is:

JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
(213) 489-3939

An answer to the  ⊠ COMPLAINT,  □ _____  AMENDED COMPLAINT,
                                        (1", 2", etc.)
□ COUNTERCLAIM,  □ CROSS-CLAIM which is herewith served upon you within 20_____ days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will
be taken against you for the relief demanded in the complaint.

CLERK, U. S. DISTRICT COURT

MAY 1 8 2009

DATE: _____        By _____

LA'REE HORN

Deputy Clerk

(SEAL OF THE COURT)

1192

2002 © American LegalNet, Inc.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐ ) | DEFENDANTS |
|---|---|
| MAG INSTRUMENT, INC., a California corporation | BRANDERS.COM, INC., a Delaware corporation, and DOES 1-10 |

| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): San Bernardino | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): |
|---|---|

| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Robert C. Weiss<br>JONES DAY<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071<br>(213) 489-3939 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No  ☒ **MONEY DEMANDED IN COMPLAINT: $** To Be Determined

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Patent Infringement – 35 United States Code, Section 271, et seq.
Trademark Infringement – 15 United Sates Code, Section 1051, et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☒ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 890 Other Statutory Actions | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number:

EDCV09-0955

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case?  ☐ No  ☒ Yes

If yes, list case number(s): See Notice Of Related Cases

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Appear to arise from the same or substantially identical transactions, happenings, or events;
☐ B. Involve the same or substantially the same parties or property;
☒ C. Involve the same patent, trademark or copyright;
☐ D. Call for determination of the same or substantially identical questions of law, or
☐ E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
San Bernardino

List the California County, or State if other than California, in which **EACH** named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
Los Angeles

List the **California County,** or State if other than California, in which **EACH** claim arose. (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.
Los Angeles

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** *Chad O. Kittrell*     Date  May 18, 2009

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (12/04)                **CIVIL COVER SHEET**           American LegalNet, Inc. | www.USCourtForms.com   Page 2 of 2

1  Robert C. Weiss (State Bar No. 39,929)
   rcweiss@jonesday.com
2  Charles A. Kertell (State Bar No. 181,214)
   cakertell@jonesday.com
3  JONES DAY
   555 South Flower Street, 50th Floor
4  Los Angeles, CA 90071
   Telephone:  (213) 489-3939
5  Facsimile:  (213) 243-2539

6  Attorneys for Plaintiff
   MAG INSTRUMENT, INC.
7

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11             EDCV09-0955 SGL VBKx

12  MAG INSTRUMENT, INC., a          Case No.
    California corporation,
13                                   **COMPLAINT FOR PATENT
                   Plaintiff,        INFRINGEMENT, FEDERAL
14                                   TRADEMARK INFRINGEMENT,
          v.                         FEDERAL FALSE DESIGNATION
15                                   OF ORIGIN, FEDERAL
                                     TRADEMARK DILUTION,
16  BRANDERS.COM, INC., a            CALIFORNIA TRADEMARK
    Delaware corporation, and        DILUTION, COMMON LAW
17  DOES 1-10,                       TRADEMARK INFRINGEMENT,
                                     AND COMMON LAW UNFAIR
18                 Defendants.       COMPETITION**

19                                   **DEMAND FOR JURY TRIAL**

20

21

22

23

24

25

26

27

28

LAI-3020755v1



1    Plaintiff, Mag Instrument, Inc. ("Mag Instrument"), files this Complaint

2    against defendants, Branders.com, Inc. ("Branders") and DOES 1-10, and

3    demanding a trial by jury, alleges as follows:

**JURISDICTION AND VENUE**

5    1.    The FIRST cause of action is for patent infringement, which arises

6    under the patent laws of the United States, Title 35, United States Code.  This Court

7    has original jurisdiction over the subject matter of this cause of action pursuant to

8    the provisions of 28 U.S.C. §§1331 and 1338(a).

9    2.    This Court also has original jurisdiction over the subject matter of the

10   SECOND through FOURTH causes of action pursuant to the provisions of 28

11   U.S.C. §§1331 and 1338(a), as well as 15 U.S.C. §1121, because these causes of

12   action are for federal trademark infringement, federal false designation of origin,

13   and federal trademark dilution, respectively, which arise under the Trademark

14   (Lanham) Act of 1946, as amended, 15 U.S.C. §1051, et seq.

15   3.    This Court also has original jurisdiction over the subject matter of the

16   FIFTH through EIGHTH causes of action pursuant to the provisions of 28 U.S.C.

17   §1338(b), because these causes of action are for California unfair competition under

18   California common law and Business and Professions Code §17200, California

19   trademark dilution under Business and Professions Code §14247, and California

20   trademark infringement in violation of California common law, all of which are

21   claims for unfair competition under California law that are joined with a substantial

22   and related claim under the trademark laws of the United States.

23   4.    Further, this Court has supplemental jurisdiction over the FIFTH

24   through EIGHTH causes of action, which assert state law claims, pursuant to the

25   provisions of 28 U.S.C. §1367(a).  These state law claims are so related to the other

26   claims in this case, over which this Court has original jurisdiction, that they form a

27   part of the same case or controversy under Article III of the United States

28   Constitution.

LAI-3020755v1

2

5.      Upon information and belief, venue is proper under 28 U.S.C. §§1391(b) and 1391(c), as well as 28 U.S.C. §1400(b).

## THE PARTIES

6.      Mag Instrument is a corporation incorporated under the laws of the State of California and has its principal place of business at 2001 South Hellman Avenue, Ontario, California 91761.

7.      Upon information and belief, Branders is a corporation incorporated under the laws of the State of Delaware and has its principal place of business at 1850 Gateway Drive, Suite 400, San Mateo, California 94404.

8.      Upon information and belief, Branders resides in this district under 28 U.S.C. §1391. In particular, Branders does business in this district and a substantial part of the events giving rise to the claims in this case occurred in this district. Branders has also introduced infringing products into the stream of commerce knowing that they would be sold in this district.

9.      Mag Instrument is not fully informed regarding the involvement of the defendants sued herein under the fictitious names DOES 1-10, inclusive (the "Doe Defendants"). Upon information and belief, the Doe Defendants are involved with Branders and/or the activities alleged herein. Mag Instrument has thus sued the Doe Defendants by their fictitious names. Mag Instrument will seek leave to amend this Complaint to allege the true names, capacities, and residences of the Doe Defendants when their involvement is ascertained. Branders and the Doe Defendants are hereinafter collectively referred to as the "Defendants."

10.      Mag Instrument is informed and believes, and thereupon alleges, that the Doe Defendants, and each of them, are responsible in some manner, by their acts and/or omissions, for the matters alleged herein. Mag Instrument is further informed and believes, and thereupon alleges, that the Doe Defendants, and each of them, at all material times herein alleged, were the agents, servants, and/or

1   employees of the other Defendants, or otherwise participated in the improper

2   conduct alleged herein.

### FIRST CAUSE OF ACTION

**(Patent Infringement – 35 U.S.C. §271, et seq.)**

**(United States Design Patent No. D530,439)**

6       11.    Mag Instrument repeats, realleges, and incorporates by reference, as

7   though fully set forth herein, the allegations contained in paragraphs 1-10, above.

8       12.    On October 17, 2006, United States Design Patent No. D530,439 ("the

9   '439 patent"), entitled "Flashlight," was duly and legally issued in the name of

10  Anthony Maglica.  By virtue of proper assignment, Mag Instrument has acquired

11  and duly owns all right, title, and interest in this patent, including the right to sue

12  and recover for infringement thereof.  A copy of the '439 patent is attached hereto

13  as **Exhibit 1**.

14      13.    Upon information and belief, Defendants have notice of Mag

15  Instrument's rights in the '439 patent.

16      14.    Defendants have infringed the '439 patent by manufacturing, using,

17  importing, offering to sell, and/or selling flashlights embodying one or more of the

18  inventions claimed therein within the United States, or by supplying infringing

19  products to others to use, thereby inducing and/or contributing to the infringement

20  of the '439 patent.

21      15.    Defendants' continuing infringement has inflicted and, unless

22  restrained by this Court, will continue to inflict great and irreparable harm upon

23  Mag Instrument.  Mag Instrument has no adequate remedy at law.  Mag Instrument

24  is entitled to preliminary and permanent injunctions enjoining Defendants from

25  engaging in further acts of infringement.

26      16.    As a direct and proximate result of the foregoing acts of Defendants,

27  Mag Instrument has suffered, and is entitled to, monetary damages in an amount

28  not yet determined.  Mag Instrument is also entitled to its costs of suit and interest.

LAI-3020755v1

17.     Upon information and belief, Defendants' acts were in conscious and willful disregard for Mag Instrument's rights, and the resulting damage to Mag Instrument is such as to warrant the trebling of damages in order to provide just compensation.

## SECOND CAUSE OF ACTION

### (Federal Trademark Infringement–SSOA of the MINI MAGLITE· Flashlight)
### (15 U.S.C. §1051, et seq.)

18.     Mag Instrument repeats, realleges, and incorporates by reference, as though fully set forth herein, the allegations contained in paragraphs 1-10, above.

19.     For many years, and prior to the acts of Defendants complained of herein, Mag Instrument has continuously manufactured, advertised, assembled, marketed, sold, and distributed, in interstate and international commerce, high-quality machined, anodized aluminum, high-intensity, adjustable beam flashlights, including, but not limited to, a line of flashlights under the distinctive trademark MINI MAGLITE·.  These flashlights are also characterized by their distinctive shape, style, and overall appearance ("SSOA"), which is also a trademark of Mag Instrument.  These flashlights are further characterized by their outstanding quality, extraordinary design, materials of construction, workmanship, performance, reliability, durability, and outstanding optical features.

20.     The SSOA of the MINI MAGLITE· flashlight is inherently distinctive, non-functional, and has acquired secondary meaning in that it has come to be associated by the trade and consuming public exclusively with Mag Instrument and, as a result, has come to signify Mag Instrument as the source of flashlights bearing the same or similar characteristics.

21.     Mag Instrument has obtained, and is the owner of, a federal registration on the SSOA of the MINI MAGLITE· flashlight (the "SSOA trademark").  A copy of this federal registration, United States Trademark Registration Number 2,074,795, is attached hereto as **Exhibit 2**.  This registration

1   remains in full force and effect, and has become incontestable.  At all relevant

2   times, Mag Instrument has consistently and continuously displayed the registration

3   symbol "®" or its equivalent since this trademark has become registered.

4        22.    Mag Instrument has manufactured, advertised, marketed, and

5   promoted its flashlights and related products so that the public associates them with

6   the idea of outstanding quality, extraordinary design, materials, workmanship,

7   performance, reliability, durability, and outstanding optical features.  In furtherance

8   of that goal, Mag Instrument usually displays its products and the associated

9   trademarks in its advertising and promotional presentations.  To date, Mag

10  Instrument has spent several millions of dollars advertising and promoting its MINI

11  MAGLITE* flashlights, as well as other flashlights and related products, and has

12  had over a billion dollars in sales of its flashlights and related products.

13       23.    Mag Instrument's flashlights are manufactured exclusively in the

14  United States of America.  Moreover, Mag Instrument's flashlights are sold with a

15  warranty, backed up by a full-service staff of full-time employees at the Ontario,

16  California facility.  Mag Instrument also employs several people in its customer

17  service department located at Mag Instrument's headquarters.

18       24.    Defendants have manufactured, advertised, distributed, marketed,

19  imported, promoted, offered for sale, and/or sold commercially in interstate

20  commerce a certain flashlight, one of which is shown in **Exhibit 3** (the "Branders

21  Aluminum" flashlight).

22       25.    The Branders Aluminum flashlight bears a shape, style, and overall

23  appearance that is the same as, or confusingly similar to, the SSOA of Mag

24  Instrument's MINI MAGLITE* flashlight.  Defendants' manufacture, advertising,

25  distribution, marketing, importation, promotion, offer for sale, and/or sale of the

26  Branders Aluminum flashlight, having a shape, style, and overall appearance that is

27  the same as or confusingly similar to that of Mag Instrument's MINI MAGLITE*

28  flashlight, is likely to cause confusion and, upon information and belief, has caused

LAI-3020755v1

1   confusion that the Branders Aluminum flashlight is made by, sponsored by, or

2   affiliated with Mag Instrument.

3        26.    Defendants' use of the shape, style, and overall appearance of the

4   Branders Aluminum flashlight is without the permission of Mag Instrument.  This

5   use is with the knowledge that the shape, style, and overall appearance of the

6   Branders Aluminum flashlight is confusingly similar to Mag Instrument's SSOA

7   trademark, which has previously been and is being used by Mag Instrument.

8        27.    Upon information and belief, Defendants had knowledge of Mag

9   Instrument's MINI MAGLITE* flashlight and the considerable commercial success

10  it has achieved.  Mag Instrument is informed and believes, and thereon alleges, that

11  Defendants willfully and with conscious disregard for Mag Instrument's product

12  configuration trademark in the MINI MAGLITE* flashlight manufactured,

13  advertised, distributed, marketed, imported, promoted, offered for sale, and/or sold

14  the Branders Aluminum flashlight that is a colorable imitation of Mag Instrument's

15  product configuration trademark.

16       28.    The above-recited acts by Defendants constitute trademark

17  infringement of Mag Instrument's federally registered trademark in violation of the

18  Lanham Act, 15 U.S.C. §1051, et seq., to the substantial and irreparable injury of

19  the public and of Mag Instrument's business reputation and goodwill.

20       29.    As a result of their acts, Defendants have been, and will continue to be,

21  unjustly enriched by profits that Defendants have made in connection with the

22  manufacture, advertising, distribution, marketing, importation, promotion, offer for

23  sale, and/or sale of the Branders Aluminum flashlight having a shape, style, and

24  overall appearance that is confusingly similar to the SSOA of the MINI

25  MAGLITE® flashlight.

26       30.    Defendants' continuing infringement has inflicted and, unless

27  restrained by this Court, will continue to inflict great and irreparable harm upon

28  Mag Instrument.  Mag Instrument has no adequate remedy at law.  Mag Instrument

LAI-3020755v1

is entitled to preliminary and permanent injunctions enjoining Defendants from engaging in further acts of infringement.

31.     As a direct and proximate result of the foregoing acts of Defendants, Mag Instrument has suffered, and is entitled to, monetary damages in an amount not yet determined.  Mag Instrument is also entitled to its attorneys' fees and costs of suit herein.

32.     Upon information and belief, Defendants' acts were in conscious and willful disregard for Mag Instrument's rights to the SSOA trademark, and the resulting damage to Mag Instrument is such as to warrant the trebling of damages in order to provide just compensation.

## THIRD CAUSE OF ACTION

### (False Designation of Origin – SSOA of the MINI MAGLITE· Flashlight)
### (15 U.S.C. §1125(a))

33.     Mag Instrument repeats, realleges, and incorporates by reference, as though fully set out herein, the allegations contained in paragraphs 1-10 and 19-32, above.

34.     Mag Instrument owns and enjoys common law trademark rights in the SSOA of the MINI MAGLITE· flashlight, which rights are superior to any rights that Defendants may claim in the product configuration with respect to the Branders Aluminum flashlight.  The SSOA for the MINI MAGLITE· flashlight is inherently distinctive, non-functional, and has acquired secondary meaning with the trade and consuming public and/or has become distinctive in the minds of purchasers in that this SSOA for flashlights is associated with Mag Instrument, as evidenced in part by the grant of United States Trademark Registration No. 2,074,795 therefor.

35.     Upon information and belief, Defendants have used and are using the shape, style, and overall appearance of the Branders Aluminum flashlight to sell, market, and promote their flashlight with the intent of passing off and confusing the

1   public into believing that the Branders Aluminum flashlight is the same as,

2   originates with, and/or is sponsored by Mag Instrument.

3       36.    By manufacturing, advertising, distributing, marketing, importing,

4   promoting, offering for sale, and/or selling the Branders Aluminum flashlight,

5   having a shape, style, and overall appearance that is confusingly similar to that of

6   Mag Instrument's MINI MAGLITE* flashlight, Defendants have infringed on Mag

7   Instrument's federal and common law trademark rights in the SSOA of the MINI

8   MAGLITE* flashlight in violation of Section 43(a) of the Lanham Act, 15 U.S.C.

9   §1125(a). Defendants' above-recited acts further constitute false designation of

10  origin, false description, false representation, and unfair competition in violation of

11  Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a), as such acts are likely to

12  deceive customers and prospective customers into believing that the Branders

13  Aluminum flashlight is from or sponsored by Mag Instrument and, as a

14  consequence, are likely to divert and have diverted customers away from Mag

15  Instrument.

16      37.    If not enjoined by this Court, Defendants will continue to sell the

17  Branders Aluminum flashlight in commerce, which flashlight will be attributed to

18  having emanated from Mag Instrument. Mag Instrument, however, has no control

19  over the nature and quality of the Branders Aluminum flashlight so rendered, and

20  any fault or objection with said flashlight will adversely affect future sales by Mag

21  Instrument of its flashlights under the SSOA trademark.

22      38.    As a result of their acts, Defendants have been, and will continue to be,

23  unjustly enriched by profits that Defendants have made in connection with their

24  manufacture, advertising, distribution, marketing, importation, promotion, offer for

25  sale, and/or sale of the Branders Aluminum flashlight, that bears a shape, style, and

26  overall appearance that is confusingly similar to the SSOA trademark.

27      39.    Defendants' continuing infringement has inflicted and, unless

28  restrained by this Court, will continue to inflict great and irreparable harm upon

LAI-3020755v1

1   Mag Instrument.  Mag Instrument has no adequate remedy at law.  Mag Instrument

2   is entitled to preliminary and permanent injunctions enjoining Defendants from

3   engaging in further acts of infringement.

4       40.    As a direct and proximate result of the foregoing acts of Defendants,

5   Mag Instrument has suffered, and is entitled to, monetary damages in an amount

6   not yet determined.  Mag Instrument is also entitled to its attorneys' fees and costs

7   of suit herein.

8       41.    Upon information and belief, Defendants' acts were in conscious and

9   willful disregard for Mag Instrument's rights to the SSOA trademark, and the

10  resulting damage to Mag Instrument is such as to warrant the trebling of damages in

11  order to provide just compensation.

12  ## FOURTH CAUSE OF ACTION

13  ### (Federal Trademark Dilution – SSOA Trademark)

14  ### (15 U.S.C. § 1125(c))

15      42.    Mag Instrument repeats, realleges, and incorporates by reference, as

16  though fully set out herein, the allegations contained in paragraphs 1-10, 19-32, and

17  34-41, above.

18      43.    The SSOA trademark is a distinctive and famous mark.

19      44.    In connection with the Branders Aluminum flashlight, Defendants

20  began using a shape, style, and overall appearance confusingly similar to the SSOA

21  trademark subsequent to the SSOA trademark becoming famous.

22      45.    Defendants' manufacture, advertising, distribution, marketing,

23  importation, promotion, offer for sale, and/or sale of the Branders Aluminum

24  flashlight, that has a shape, style, and overall appearance that is the same or

25  confusingly similar to that of Mag Instrument's SSOA trademark, causes dilution by

26  lessening the capacity of the famous SSOA of Mag Instrument's MINI MAGLITE®

27  flashlight to identify and distinguish flashlights.

28

LAI-3020755v1

46.     By reason of their acts complained of herein, Defendants have caused the dilution of the distinctive quality of the SSOA trademark, and lessened the capacity of the famous SSOA trademark to identify and distinguish flashlights in violation of 15 U.S.C. §1125(c).

47.     As a result of their acts, Defendants have been, and will continue to be, unjustly enriched by profits that Defendants have made in connection with their manufacture, advertising, distribution, marketing, importation, promotion, offer for sale, and/or sale of the Branders Aluminum flashlight bearing a shape, style, and overall appearance that is confusingly similar to the SSOA trademark.

48.     As a direct and proximate result of the foregoing acts of Defendants, Mag Instrument has suffered, and is entitled to, monetary damages in an amount not yet determined.  Mag Instrument is also entitled to its attorneys' fees and costs of suit herein.

49.     Upon information and belief, Defendants' acts were in conscious and willful disregard for Mag Instrument's rights to the SSOA trademark, and the resulting damage to Mag Instrument is such as to warrant the trebling of damages in order to provide just compensation.

50.     Upon information and belief, Defendants willfully intended to trade on Mag Instrument's reputation and/or to cause dilution of Mag Instrument's famous SSOA trademark.  Defendants' acts and the resulting damage to Mag Instrument are such as to warrant the trebling of damages in order to provide just compensation. Unless Defendants are restrained and enjoined by this Court, Defendants' actions will continue to cause irreparable harm and injury to Mag Instrument.

LAI-3020755v1

# FIFTH CAUSE OF ACTION

## (California Statutory Unfair Competition)

## (Cal. Bus. & Prof. Code §17200, et seq.)

51.     Mag Instrument repeats, realleges, and incorporates by reference, as though fully set out herein, the allegations contained in paragraphs 1-10, 19-32, 34-41, and 43-50, above.

52.     Mag Instrument has built valuable goodwill in its SSOA trademark. Defendants' manufacture, advertising, distribution, marketing, importation, promotion, offer for sale, and/or sale of the Branders Aluminum flashlight, that has a shape, style, and overall appearance that is the same or confusingly similar to that of Mag Instrument's SSOA trademark, is likely to and does permit Defendants to trade upon the goodwill of Mag Instrument's trademark and to confuse the public regarding a connection or affiliation between Mag Instrument and Defendants. This conduct results in damage to Mag Instrument's goodwill and reputation and unjust enrichment of Defendants.

53.     By manufacturing, advertising, distributing, marketing, importing, promoting, offering for sale, and/or selling the Branders Aluminum flashlight, that has a shape, style, and overall appearance that is the same or confusingly similar to that of Mag Instrument's SSOA trademark, Defendants mislead others, and will continue to mislead others, into assuming there is a connection between Defendants and Mag Instrument.

54.     Defendants' use of the Branders Aluminum flashlight, that bears the same or a confusingly similar shape, style, and overall appearance to that of Mag Instrument's SSOA trademark, was and is without the consent of Mag Instrument.

55.     Defendants' manufacture, advertising, distribution, marketing, importation, promotion, offer for sale, and/or sale of the Branders Aluminum flashlight, that has a shape, style, and overall appearance that is the same or confusingly similar to that of Mag Instrument's SSOA trademark, constitutes unfair

LAI-3020755v1

12

1  competition in violation of §17200, et seq. of the California Business and

2  Professions Code.

3      56.    Mag Instrument is informed and believes and thereon alleges that,

4  unless restrained by this Court, Defendants will continue to infringe Mag

5  Instrument's marks, and pecuniary compensation will not afford Mag Instrument

6  adequate relief for the damage to its trademarks in the public perception.

7      57.    As a result of their acts complained of herein, Defendants have been,

8  and will continue to be, unjustly enriched by profits which Defendants made in

9  connection with the manufacture, advertising, distribution, marketing, importation,

10  promotion, offer for sale, and/or sale of the Branders Aluminum flashlight bearing a

11  shape, style, and overall appearance that is the same or confusingly similar to that

12  of Mag Instrument's SSOA trademark.

### SIXTH CAUSE OF ACTION

### (California Trademark Dilution – SSOA Trademark)

### (Cal. Bus. & Prof. Code §14247)

16      58.    Mag Instrument repeats, realleges, and incorporates by reference, as

17  though fully set out herein, the allegations contained in paragraphs 1-10, 19-32, 34-

18  41, 43-50, and 52-57, above.

19      59.    The SSOA trademark is a distinctive and famous mark.  Mag

20  Instrument, through the SSOA trademark, enjoys a reputation in California for

21  excellence and style for the products it sells.

22      60.    In connection with the Branders Aluminum flashlight, Defendants

23  began using a shape, style, and overall appearance confusingly similar to the SSOA

24  trademark after the SSOA trademark became famous.

25      61.    Defendants' manufacture, advertising, distribution, marketing,

26  importation, promotion, offer for sale, and/or sale of the Branders Aluminum

27  flashlight, that has a shape, style, and overall appearance that is the same or

28  confusingly similar to that of Mag Instrument's SSOA trademark, has injured the

1   business reputation of Mag Instrument and dilutes and/or is likely to dilute the

2   distinctive value of the SSOA trademark in violation of California Business and

3   Professions Code §14247.

4       62.   Injury to Mag Instrument and dilution of the SSOA trademark will

5   continue, all to Mag Instrument's irreparable harm, unless Defendants are enjoined

6   by this Court.

7       63.   Mag Instrument has no adequate remedy at law.

8                          **SEVENTH CAUSE OF ACTION**

9                     **(Common Law Trademark Infringement)**

10      64.   Mag Instrument repeats, realleges, and incorporates by reference, as

11  though fully set out herein, the allegations contained in paragraphs 1-10, 19-32, 34-

12  41, 43-50, 52-57, and 59-63, above.

13      65.   By reason of Mag Instrument's continuous use and promotion of the

14  SSOA trademark, as well as the distinctiveness of that trademark, consumers

15  associate and recognize the SSOA trademark as representing a single, even if

16  anonymous, source or sponsor of goods, and therefore the SSOA trademark is a

17  protectable trademark at common law.

18      66.   Mag Instrument owns and enjoys common law trademark rights in the

19  overall commercial impression and presentation of its MINI MAGLITE* flashlight

20  which rights are superior to any rights that Defendants may claim in and to said

21  trademarks with respect to their flashlight.  Mag Instrument's SSOA trademark is

22  inherently distinctive, non-functional, and has acquired secondary meaning with the

23  trade and consuming public and/or has become distinctive in the minds of

24  purchasers in that the SSOA trademark for flashlights is associated with Mag

25  Instrument.

26      67.   Defendants have used the Branders Aluminum flashlight, that bears a

27  confusingly similar appearance to Mag Instrument's MINI MAGLITE* flashlight.

28  Defendants' use of a similar appearance for the Branders Aluminum flashlight has

LAI-3020755v1                          14

1   created a likelihood that the trade and consuming public will be confused as to the

2   source of the products.

3       68.    The manufacture, advertising, distribution, marketing, importation,

4   promotion, offer for sale, and/or sale by Defendants of the Branders Aluminum

5   flashlight throughout the United States is likely to cause confusion and, upon

6   information and belief, has caused confusion as to the source of the Branders

7   Aluminum flashlight in that purchasers thereof will be likely to associate or have

8   associated such product as originating with Mag Instrument, all to the detriment of

9   Mag Instrument.

10      69.    By reason of Defendants' actions alleged herein, Mag Instrument has

11  suffered, and will continue to suffer, irreparable injury to its rights and suffer

12  substantial loss of goodwill and in the value of its SSOA trademark unless and until

13  Defendants are enjoined from continuing their wrongful acts.

14      70.    By reason of Defendants' actions alleged herein, Mag Instrument has

15  been damaged in an amount not presently ascertained, and such damage will

16  continue and increase unless and until Defendants are enjoined from continuing

17  their wrongful acts.

18      71.    Upon information and belief, Defendants' conduct in this cause of

19  action is willful, wanton, malicious, oppressive, and in conscious disregard of Mag

20  Instrument's rights in its SSOA trademark, justifying the imposition of punitive and

21  exemplary damages under California Civil Code §3294.

22                  **EIGHTH CAUSE OF ACTION**

23                  **(Common Law Unfair Competition)**

24      72.    Mag Instrument repeats, realleges, and incorporates by reference, as

25  though fully set out herein, the allegations contained in paragraphs 1-10, 19-32, 34-

26  41, 43-50, 52-57, 59-63, and 65-71, above.

27      73.    Defendants' actions in connection with the Branders Aluminum

28  flashlight are likely to cause confusion, to cause misrepresentation, to cause

LAI-3020755v1                               15

1   mistake, and/or to deceive the public as to the affiliation, approval, sponsorship, or

2   connection between Defendants and Mag Instrument and constitute unfair

3   competition at common law.

4       74.   By reason of Defendants' actions in connection with the Branders

5   Aluminum flashlight, Mag Instrument has suffered, and will continue to suffer,

6   irreparable injury to its rights and suffer substantial loss of goodwill and in the

7   value of its SSOA trademark unless and until Defendants are enjoined from

8   continuing their wrongful acts.

9       75.   By reason of Defendants' actions in connection with the Branders

10  Aluminum flashlight, Mag Instrument has been damaged in an amount not

11  presently ascertained, and such damage will continue and increase unless and until

12  Defendants are enjoined from continuing their wrongful acts.

13      76.   Upon information and belief, Defendants' conduct in this cause of

14  action is willful, wanton, malicious, oppressive, and in conscious disregard of Mag

15  Instrument's rights in its SSOA trademark, justifying the imposition of punitive and

16  exemplary damages under California Civil Code §3294.

17                           **PRAYER FOR RELIEF**

18      WHEREFORE, Mag Instrument respectfully demands judgment:

19      1.   That Defendants, their officers, directors, agents, servants, employees,

20  attorneys, confederates, and all persons and/or entities acting for, with, by, through,

21  or in concert with them or any of them be enjoined preliminarily and permanently:

22            (a)   from infringing the '439 patent, either directly or contributorily;

23            (b)   from inducing others to infringe the '439 patent;

24            (c)   from manufacturing, advertising, distributing, marketing,

25  importing, promoting, offering for sale, and/or selling the Branders Aluminum

26  flashlight;

27            (d)   from using the SSOA trademark and/or any other designation

28  that is a colorable imitation of and/or is confusingly similar to the SSOA trademark

1   in connection with the manufacture, advertising, distribution, marketing,

2   importation, promotion, offering for sale, and/or sale of flashlights neither

3   originating from nor authorized by Mag Instrument;

4             (e)    from representing in any manner, or by any method whatsoever,

5   that goods, services, or other products provided by Defendants are sponsored,

6   approved, authorized by, or originate from Mag Instrument, or otherwise taking any

7   action likely to cause confusion, mistake, or deception as to the origin, approval,

8   sponsorship, or certification of such goods or services;

9             (f)    from infringing and/or diluting the distinctive quality of the

10  SSOA trademark; and

11            (g)    from unfairly competing with Mag Instrument in any manner.

12      2.    That Defendants be required to deliver up to the Court any and all

13  flashlights in their possession, custody, and/or control that infringe the '439 patent

14  and/or the SSOA trademark.

15      3.    That Defendants be required to prepare and deliver to the Court a

16  complete list of entities from whom Defendants purchased, and to whom they

17  distributed and/or sold, flashlights that infringe the '439 patent and/or the SSOA

18  trademark and to serve a copy of such list on Mag Instrument's attorneys.

19      4.    That Defendants be required to deliver to the Court any and all

20  documents reflecting or relating to the purchase, sale, and/or distribution of any

21  flashlights that infringe the '439 patent and/or the SSOA trademark.

22      5.    That Defendants be required to deliver to the Court all products,

23  containers, packages, labels, literature, catalogs, signs, advertising material, and the

24  like bearing the SSOA trademark and/or a shape, style, and overall appearance that

25  is confusingly similar to the SSOA trademark, together with all plates, molds, and

26  other means of making the same.

27      6.    That Defendants, within thirty (30) days after service of judgment with

28  notice of entry thereof upon them, be required to file with the Court and serve upon

1  Mag Instrument's attorneys a written report, under oath, setting forth in detail the

2  manner in which Defendants have complied with paragraphs 1-5, above.

3       7.     That Defendants be required to account for and pay over to Mag

4  Instrument their profits and the cumulative damages sustained by Mag Instrument

5  by reason of Defendants' unlawful acts of patent infringement, trademark

6  infringement, dilution, and unfair competition herein alleged, that the amount of

7  recovery be increased as provided by law, up to three times, and that interest and

8  costs be awarded to Mag Instrument.

9       8.     That the Court order disgorgement and/or restitution of Defendants'

10  profits to Mag Instrument.

11       9.     That Mag Instrument be awarded its reasonable costs and attorneys'

12  fees.

13       10.    That the present case be found exceptional and that attorneys' fees be

14  awarded to Mag Instrument under 35 U.S.C. §285.

15       11.    That Mag Instrument be awarded punitive damages.

16       12.    That Mag Instrument have such other and further relief as the Court

17  may deem equitable.

18

19  Dated: May 18, 2009                    Respectfully submitted,

20

21                                          JONES DAY

22

23                                          By: _Charles A. Kertell_____

24                                             Charles A. Kertell

25                                          Attorneys for Plaintiff
                                            MAG INSTRUMENT, INC.

26

27

28

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b) and Central District of California Local Rule 38-1, Mag Instrument, Inc. hereby demands a trial by jury on all issues triable in this action.

Dated:  May 18, 2009

Respectfully submitted,

JONES DAY

By: _____

Charles A. Kertell

Attorneys for Plaintiff
MAG INSTRUMENT, INC.

LAI-3020755v1

19

# EXHIBIT 1

0D530439S

(12) **United States Design Patent**

Maglica

(10) Patent No.: **US D530,439 S**

(45) Date of Patent: ** **Oct. 17, 2006**

(54) **FLASHLIGHT**

(75) Inventor: **Anthony Maglica**, Anaheim, CA (US)

(73) Assignee: **Mag Instrument, Inc.**, Ontario, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **09/385,129**

(22) Filed: **Aug. 27, 1999**

**Related U.S. Application Data**

(63) Continuation of application No. 07/410,965, filed on Sep. 22, 1989, now abandoned, which is a division of application No. 07/356,361, filed on May 23, 1989, now Pat. No. 4,942,505, which is a continuation of application No. 07/222,378, filed on Jul. 19, 1988, now Pat. No. 4,899,265, which is a continuation of application No. 07/034,918, filed on Apr. 6, 1987, now abandoned, which is a continuation of application No. 06/828,729, filed on Feb. 11, 1986, now Pat. No. 4,658,336, which is a continuation of application No. 06/648,032, filed on Sep. 6, 1984, now Pat. No. 4,577,263.

(51) LOC (8) Cl. .................................................. **26-02**

(52) U.S. Cl. ...................................................... **D26/49**

(58) Field of Classification Search ............ D26/37–50; 362/157–158, 183–208

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,109,415 A | 9/1914 | Harris | |
| 1,116,048 A | 11/1914 | Farber | |
| 1,559,481 A | 10/1925 | Voorhees | |
| 1,568,093 A | 1/1926 | Shannon | |
| 1,584,539 A | 5/1926 | Hopkins | |
| 1,599,095 A | 9/1926 | McCabe | |
| 1,603,272 A | 10/1926 | Eaton | |
| 1,638,716 A | 8/1927 | Surles | |
| 1,644,126 A | 10/1927 | Harris | |
| 1,674,650 A | 6/1928 | Leser | |
| 1,680,169 A | 8/1928 | Osean | |
| 1,680,188 A | 8/1928 | Weber | |
| 1,680,484 A | 8/1928 | Stimson | |

| | | | |
|---|---|---|---|
| 1,768,554 A | 1/1930 | Freitag | |
| 1,758,835 A | 5/1930 | Hime | |
| 1,769,436 A | 7/1930 | Koretzky | |
| 1,895,913 A | 1/1933 | Buchholz | |
| 1,905,787 A | 4/1933 | Barber | |
| 2,016,819 A | 10/1935 | Meginniss | 240/10.66 |
| 2,051,889 A | 8/1936 | Nygard | 240/10.6 |
| 2,097,222 A | 10/1937 | Tompkins et al. | 340/10.66 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 114558 | 1/1942 |
| AU | 138873 | 10/1950 |
| DE | 2408928 | of 1976 |
| FR | 1430456 | of 1966 |
| FR | 2372382 | of 1976 |
| GB | 292836 | of 1928 |
| GB | 411218 | of 1934 |
| GB | 549104 | of 1942 |
| GB | 752619 | of 1956 |
| GB | 812980 | of 1959 |
| GB | 884212 | of 1961 |
| GB | 2091863 | of 1982 |

OTHER PUBLICATIONS

P. 243 of Japanese Patent Gazette Feb. 16, 1982—Utility Model 42071.

(Continued)

*Primary Examiner*—Alan P. Douglas

(74) *Attorney, Agent, or Firm*—Jones Day

(57) **CLAIM**

The ornamental design for a flashlight, as shown and described.

**DESCRIPTION**

FIG. 1 is a front perspective view of a flashlight showing my new design;

FIG. 2 is a side elevational view thereof; and,

FIG. 3 is a front elevational view thereof.

**1 Claim, 1 Drawing Sheet**



# US D530,439 S

### Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,173,650 A | 9/1939 | Fullmer | 240/10.66 |
| 2,176,301 A | 10/1939 | Haas | 240/10.66 |
| 2,180,228 A | 11/1939 | Floorman | 240/10.68 |
| 2,210,312 A | 8/1940 | Wood | 240/10.6 |
| 2,212,103 A | 8/1940 | Rothenberg et al. | 240/10.69 |
| 2,229,486 A | 1/1941 | Barash et al. | 240/10.66 |
| 2,249,691 A | 7/1941 | Gelardin | 240/10.66 |
| 2,259,106 A | 10/1941 | Hagers | 200/60 |
| 2,272,907 A | 2/1942 | Deibeles | 240/10.61 |
| 2,298,042 A | 10/1942 | Desimone | 240/10.66 |
| 2,338,078 A | 12/1943 | Wood | 240/10.66 |
| 2,339,356 A | 1/1944 | Sachse | 240/10.66 |
| 2,341,057 A | 2/1944 | Muldoon | 240/10.66 |
| 2,347,531 A | 4/1944 | Yardeny | 200/60 |
| D142,277 S | 8/1945 | Lippincott | D48/24 |
| 2,396,046 A | 3/1946 | Hipwell et al. | 240/10.66 |
| 2,443,539 A | 6/1948 | Kopp | 200/60 |
| 2,483,665 A | 10/1949 | Phillips | 240/10.63 |
| 2,490,830 A | 12/1949 | Norton | 240/10.63 |
| 2,493,205 A | 1/1950 | Muldoon | 240/10.67 |
| 2,530,913 A | 11/1950 | Shackel | 240/10.6 |
| 2,540,683 A | 2/1951 | MacLeanz | 200/60 |
| 2,570,838 A | 10/1951 | Nathan et al. | 240/10.68 |
| 2,599,295 A | 6/1952 | Thomas | 200/60 |
| D169,981 S | 7/1953 | Lambert | D48/24 |
| 2,737,574 A | 3/1956 | Muller | 240/6.4 |
| 2,769,896 A | 11/1956 | Lambert | 240/10.6 |
| 2,830,280 A | 4/1958 | Webber | 339/191 |
| 2,852,634 A | 9/1958 | Garland | 200/60 |
| 2,876,410 A | 3/1959 | Fry | 320/48 |
| 2,915,621 A | 12/1959 | Garland | 240/10.66 |
| 2,931,005 A | 3/1960 | Saurweis et al. | 339/182 |
| 2,945,944 A | 7/1960 | Gillespie | 240/10.68 |
| 3,264,464 A | 8/1961 | Gits | 240/10.67 |
| 3,014,125 A | 12/1961 | Draudt | 240/10.68 |
| 3,076,689 A | 2/1963 | Taylor | 8/119 |
| 3,076,891 A | 2/1963 | Moore | 240/10.66 |
| 3,078,761 A | 2/1963 | Zorn | 38/24 |
| D197,082 S | 12/1963 | Oakley et al. | D48/24 |
| 3,184,589 A | 5/1965 | Gibbens | 240/10.67 |
| 3,323,118 A | 5/1967 | Chan | 340/321 |
| D208,940 S | 10/1967 | Moore | D48/24 |
| 3,521,050 A | 7/1970 | Shagena, Jr. | 240/10.66 |
| 3,526,765 A | 9/1970 | Rossi | 240/10.66 |
| 3,622,776 A | 11/1971 | Wyrick | 240/10.6 |
| 3,652,846 A | 3/1972 | Starck, II | 240/10.63 |
| 3,737,649 A | 6/1973 | Nelson et al. | 240/6.42 |
| D231,560 S | 4/1974 | Keller | D26/2 |
| 3,825,740 A | 7/1974 | Friedman et al. | 240/10.6 |
| 3,829,676 A | 8/1974 | Nelson et al. | 240/10.6 |
| 3,835,272 A | 9/1974 | Wisenbaker | 200/60 |
| 3,890,498 A | 6/1975 | Toth, Sr. | 240/10.66 |
| 3,924,116 A | 12/1975 | Brindley | 240/10.66 |
| RE29,047 E | 11/1976 | Brindley | 240/10.66 |
| D242,277 S | 11/1976 | Waldorf | D22/26 |
| 3,992,596 A | 11/1976 | Miller | 200/60 |
| 4,060,723 A | 11/1977 | Nelson | 362/205 |
| 4,092,580 A | 5/1978 | Prinzze | 320/2 |
| 4,114,187 A | 9/1978 | Uke | 362/158 |
| 4,151,583 A | 4/1979 | Miller | 362/205 |
| 4,156,271 A | 5/1979 | Vercellotti | 362/202 |
| 4,171,534 A | 10/1979 | Strowe | 362/183 |
| 4,187,532 A | 2/1980 | Naffier | 362/186 |
| 4,203,150 A | 5/1980 | Shamliss | 362/183 |
| 4,220,985 A | 9/1980 | Hukuba | 362/203 |
| 4,234,913 A | 11/1980 | Ramme | 362/158 |
| 4,237,526 A | 12/1980 | Wood | 362/158 |
| 4,261,026 A | 4/1981 | Bolha | 362/101 |
| 4,286,311 A | 8/1981 | Maglica | 362/205 |
| D263,170 S | 2/1982 | Maglica | D26/49 |

| | | | |
|---|---|---|---|
| 4,322,782 A | 3/1982 | Wong | 362/183 |
| 4,327,401 A | 4/1982 | Siiberg | 362/183 |
| 4,329,740 A | 5/1982 | Colvin | 362/184 |
| 4,348,715 A | 9/1982 | Christensen et al. | 362/109 |
| 4,357,648 A | 11/1982 | Nelson | 362/183 |
| 4,388,673 A | 6/1983 | Maglica | 362/183 |
| 4,398,232 A | 8/1983 | Elmore | 361/47 |
| 4,398,238 A | 8/1983 | Nelson | 362/187 |
| 4,415,954 A | 11/1983 | Schaefer | 362/202 |
| 4,429,351 A | 1/1984 | Petzl et al. | 362/202 |
| 4,472,766 A | 9/1984 | Hung | 362/158 |
| 4,479,171 A | 10/1984 | Mains | 362/102 |
| 4,495,551 A | 1/1985 | Foltz | 362/205 |
| 4,504,890 A | 3/1985 | Chan | 362/203 |
| 4,514,790 A | 4/1985 | Will | 362/183 |
| 4,527,223 A | 7/1985 | Maglica | 362/187 |
| 4,531,178 A | 7/1985 | Uke | 362/158 |
| 4,577,263 A | 3/1986 | Maglica | 362/187 |
| 4,581,686 A | 4/1986 | Nelson | 362/204 |
| 4,656,565 A | 4/1987 | Maglica | 362/187 |
| 4,658,336 A | 4/1987 | Maglica | 362/197 |
| 4,695,551 A | 9/1987 | Samhaber et al. | 435/292 |
| 4,725,932 A | 2/1988 | Gammache | 362/202 |
| 4,733,337 A | 3/1988 | Bieberstein | 362/206 |
| 4,750,095 A | 6/1988 | Huang | 362/190 |
| D297,669 S | 9/1988 | Rinaldi et al. | D26/49 |
| 4,777,582 A | 10/1988 | Sharrah | 362/205 |
| D306,492 S | 3/1990 | Sharrah | D26/49 |
| D306,910 S | 3/1990 | Kung | D26/49 |
| D308,109 S | 5/1990 | Maglica et al. | D26/49 |
| D308,257 S | 5/1990 | Staubitz et al. | D26/49 |
| D308,258 S | 5/1990 | Kung-kit et al. | D26/49 |

## OTHER PUBLICATIONS

P. 433 of Japanese Patent Gazette Apr. 1, 1981 (Taiwan)—Utility Model.

Kel-Lite Flashlight Advertising—Near Indestructible pages (Ex. DX 5010).

Kel-Lite Advertising (4 pages) (Ex. DX 5022).

Kel-Lite Advertising "The Original Flashlight Made To Last a Lifetime!", 1 pg. (Ex. DX 50??).

Kel-Lite article (1 pg.) from *The Wall Street Journal*, Thrusday, Jun. 2, 1977 (Ptf's Ex. 3051).

Eddie Bauer—"Indispensibles for Home, Sports and Travel"—3–page ad (Ex. DX 5014).

Eddie Bauer—"Indispensibles for Home, Sports and Travel"—2–page ad—w/note from Bud Folcke (Sue) to Don dated Aug. 6, 1974 (Ex. DX 5019).

→, Inc. "Outdoor Sportsmans Supplies", Summer 1979 "Over 300 Price Cuts" (2 pgs.) (Ex. DX 5508).

"Law and Order", vol. 30, No. 10, Oct. 1982 (3 pgs.—cover, editorial and p. 26) (Ex. DX 5505).

"Trooper™ Superlight" (1 pg. ad) (Ex. DX 5579).

"Lumilite®" 2–page ad. re flashlights (Ex. DX 5578).

"Krypton" 2–pg. ad re flashlights (Ex. DX 5577).

"Magna–Force", "Aluminum Extruded Handlights 70% Brighter!" ad (1 page) (Ex. DX 5254).

"First of its Kind! Streamlite–20." ad (2 pg.) (Ex. DX 5068).

"The Longer, Stronger Streamlite–35." (2 pg. ad) (Ex. DX 5070).

"Who says they're the best? You do!" (1 pg. ad) (Ex. DX 5069).

"The Power of Light", Streamlight, Inc., 11 pg. brochure (Ex. DX 5073).

Gem Products, a Division of Expert Precision Products, Inc., 4 pg. brochure, mraked Exhibit DX 5058.

"Luma–Tech" brochure, 11 pg. brochure (Ex. BRX 203).

**US D530,439 S**

Page 3

"Smoke–Cutter", "The Professional Fire–Fighter's Flashlight" brochure, 2 pg. (Ex. DX 5055).

F. Morton Pitt Co., brochure re "Code Four"™, 4 pages (Ex. DX 5053).

"Code Four", "No Further Assistance Needed", 2 page ad (Ex. DX 5054).

Police Equipment Division ad re Flashlights and Accessories, 2 pages, (Ex. BRX 202).

"Power Probe—Medical Flashlight" ad by Police Equipment Division (1978), 1 pg., (Ex. BRX 204).

"The Perfect Premium/Incentive" by Tru–Grit® Flashlights, 1 pg. (Ex. DX 5046).

"Yardney Presents 2 Bright Lights", Yardney Electric Corporation, 1 pg. (Ex. DX 5047).

B–Lite™, "America's finest Hand Held Flashlight"—"C" cell, 1 pg. price list and order form (Ex. DX 5043).

B–Lite™, "For Those Who Demand The Very Best!", 2 pg. ad, (Ex. DX 5042).

B–Lite, 2 pg. cut–away view and order form and price list (Ex. DX 5039).

Bianchi B–Lite "The World's Finest Handheld Spotlight", 3 pg. ad re Police Accessories (Ex. DX 5038).

Bianchi B–Lite, 3 pg. 1977 Catalog (Ex. DX 5040).

Bianchi B–Lite, 4 pg. 1978 listing (Ex. DX 5041).

B–Lite, The world standard by which all gunleather is judged™, 2 pg. ad (Ex. BRX 207).

Bianchi B–Lite, 1 pg. ad and price list (Ex. 6471).

Bianchi Super B–Lite, "New High Intensity Reflector!", 1 pg. ad (Ex. 6472).

B–Lite "All New Push–Button Switch!", 1 pg. ad (Ptf's Ex. 3045).

Bianchi Super B–Lite, New High Intensity Reflector ad marked Ptf's Exh. 3044.

Bianchi B–Lite, 1 pg. ad marked Ptf's Ex. 3043.

Safariland, 4 pg. brochure (Ex. DX 5015).

Safariland 76, 4 pg. brochure (Ex. Dx 5020).

Safariland 1977, 5 pg. brochure (Ex. DX 5017).

1978 Safariland brochure, 6 pgs. (Ex. DX 5018).

Safariland 1980 brochure, 8 pgs. (Ex. DX 5021).

Safariland Kel–lite: "The Last Flashlight You'll Ever Have To Buy", 3 pg. brochure (Ex. BRX 200).

Safariland Pursuit Case—Firepower, 2 pg. ad (Ptf's Ex. 3042).

Pro–Light brochure, Jabsco Products ITT (1978), 4 pg. brochure (Ex. DX 5026).

Pro–Light brochure, 6 pgs. (Ex. DX 5027).

Sireno Pro–Light, Professional Flashlights, 1 pg. ad by Jabsco Products ITT (1978) (Ex. DX 5028).

Greystone Marketing, 4 pg. Ordering Information and price list (Ex. DX 5029).

Pro–Light Distributer Price Schedule ' by Greystone Marketing, 4 pgs. (Ex. DX 5030).

Pro–Light™, Professional Flashlights, brochure "Introducing Pro–Loc Adjustable Beam Flashlights", by Greystone Marketing, Inc. (1982), 16 pgs. (Ex. DX 5031).

Pro–Light™, Professional Flashlights brochure, 8 pgs. (Ptf's Ex. 478–A).

Pro–Light brochure, by VSI Recreation Products, 2 pgs. (Ptf's Ex. CX–1312).

Rayovac Corporation, 4 pg. brochure re Police Flashlights, (Ex. BRX–342).

"Defensive Tactics Flashlights", official DTI Manual by John G. Peters, Jr., 31 pgs. (Ex. BRX 212).

Bass Pro Shops, Christmas 1983 catalog, 3 pgs., (Ex. BRX 210).

"The Law Officer's Magazine—Police", FBI, The Hoover Years, 2 pg. ad re Mag–Lite (Ex. BRX 302).

"The Law Officer's Magazine—Police", Mar.–Apr. 1978, vol. 2, No. 2, cover and 3 pgs. (Ptf's Ex. CX–1314).

"Lights", brochure by Justrite®, 5 pgs. (Ptf's Ex. CX–1310).

Sa–So Sargent–Sowell Inc. brochure, 7 pgs. (Ex. BRX 206).

"Home & Auto" ad (Nov. 1980), 3 pgs. (Ex BRX 216).

"Mag–Lite", "Standard Head "D" & "C" Size Commercial Specifications", 2 pg. marked Confidential—Counsel Eyes Only—(Ex BRX 119).

G.T. Price Products, Inc. "The Professional Line" catalog, 9 pgs. (Ptf's Ex. CX 1431).

National Law Enforcement Supply, "Off–Duty Gift Catalog", 5 pgs. (Ptf's Ex. CX 1313).

"Magnificent!", Mag Charger by Mag Instrument, 2 pg. ad May 1984 (Ex. BRX 213).

Mag Lite ad "They demand . . . the very best.", 1 pg. (Ex. BRX 291).

Mag–Lite™ ad, "Strength & Reliability", 1 pg. (Ex. BRX 202 (Depo. Ex. PX 82).

"The Last Flashlight You'll Ever Have to Buy" (Ptf's Ex. 3050).

The Sunday Oregonian, Dec. 1982 "From: GI Joe's", 1 pg. ad re Mag–Lite (Ptf's Ex. 3055).

Mag–Lite, 1 pg. ad by The 63rd CSGA Annual National Convention and Exhibition, Feb. 3–6, 1980 (Ex. BRX 219).

Mag Instrument ad, 1 pg. (Ex. BRX 211).

Mag–Lite add, 1 pg. by Nationwide Sports Distributor, (Ex. BRX 220).

"Mag–Lite™, The right light . . . for the job." 4 pg. brochure, (Ptf's Ex. 425).

"A precision tool . . . " by Mag–lite, 1 pg. (Ptf's Ex. 422–A).

"Pick up the lighters", by Mag Instrument, 1 pg. ad (Ptf's Ex. 422–B).

Mag–lite®, 1 pg. ad re C–Cell & D–Cell, (Ptf's Ex. 483).

View of flashlight, Ex. DX 5625.

View of flashlight Ex. 5626.

View of flashlight Ex. DX 5628.

View of flashlight Ex. DX 5629.

View of flashlight, Ex. DX 5640.

View of flashlight, Ex. DX 5641.

View of flashlight, Ex. DX 5462.

View of flashlight, Ex. DX 5643.

View of flashlight, (Ptf's Ex. 92).

View of flashlight, (Ptf's Ex. 93).

View of flashlight, (Ptf's Ex. 95).

View of flashlight, (Ptf's Ex. 96).

View of flashlight, (Ptf's Ex. 98).

View of flashlight, (Ptf's Ex. 100).

View of flashlight, (Ptf's Ex. 103).

View of flashlight, (Ptf's Ex. 104).

View of flashlight, (Ptf's Ex. 106).

View of flashlight, (Ptf's Ex. 108).

View of flashlight, (Ptf's Ex. 247).

View of flashlights, (6) (Ptf's Ex. 415).

View of flashlight, (Ptf's Ex. 699).

View of flashlight, (Ptf's Ex. 701).

View of flashlight, (Ptf's Ex. 702).

View of flashlight, (Ptf's Ex. 704).

View of flashlight, (Ptf's Ex. 709).

View of flashlight, (Ptf's Ex. 713).

View of flashlight, (Ptf's Ex. 714).

## US D530,439 S
### Page 4

View of flashlight, (Ptf's Ex. 724).

View of flashlight, (Ptf's Ex. 728).

View of flashlight, (Ptf's Ex. 748 or 743?) (has carrying strap).

View of flashlight, (Ptf's Ex. 740).

View of flashlight, (Ptf's Ex. 744).

View of flashlight, (Ptf's Ex. 747).

Eveready Masterlites, The Light of a New Age, 11 pg. catalog, marked Ex. DX 5326.

Eveready Daylo, Dealer's Edition Catalog No. 736, (1918), 8 pgs. (Ex. DX 5327).

"The History of Portable Light in America", 24 pg. by Eveready (Ex. DX 5325).

"Eveready Automatic Spotlights", 15 pg. brochure (Ex. DX 5324).

50–pg. booklet, 1st legible page reads "To the founders and past presidents of the Bridgeport Metal Goods Manufacturing Company . . . ", (Ex. No. not legible).

View of flashlight with Coca Cola can and ruler, marked "5001".

View of flashlight with Coca Cola can and ruler, marked "5002".

View of flashlight with Coca Cola can and ruler, marked "5003".

View of flashlight with Coca Cola can and ruler, marked "5004".

View of flashlight with Coca Cola can and ruler, marked "5005".

View of flashlight with Coca Cola can and ruler, marked "5006".

View of flashlight with Coca Cola can and ruler, marked "5007".

View of flashlight with Coca Cola can and ruler, marked "5008".

View of flashlight with Coca Cola can and ruler, marked "5009".

View of flashlight with Coca Cola can and ruler, marked "5023".

View of flashlight with Coca Cola can and ruler, marked "5024".

View of flashlight with Coca Cola can and ruler, marked "5025".

View of flashlight with Coca Cola can and ruler, marked "5032".

View of flashlight with Coca Cola can and ruler, marked "5033".

View of flashlight with Coca Cola can and ruler, marked "5034".

View of flashlight with Coca Cola can and ruler, marked "5035".

View of flashlight with Coca Cola can and ruler, marked "5036".

View of flashlight with Coca Cola can and ruler, marked "5045".

View of flashlight with Coca Cola can and ruler, marked "5048".

View of flashlight with Coca Cola can and ruler, marked "5049".

View of flashlight with Coca Cola can and ruler, marked "5050".

View of flashlight with Coca Cola can and ruler, marked "5051".

View of flashlight with Coca Cola can and ruler, marked "5052".

View of flashlight with Coca Cola can and ruler, marked "5056".

View of flashlight with Coca Cola can and ruler, marked "5057".

View of flashlight with Coca Cola can and ruler, marked "5060".

View of flashlight with Coca Cola can and ruler, marked "5061".

View of flashlight with Coca Cola can and ruler, marked "5062".

View of flashlight with Coca Cola can and ruler, marked "5063".

View of flashlight with Coca Cola can and ruler, marked "5064".

View of flashlight with Coca Cola can and ruler, marked "5065".

View of flashlight with Coca Cola can and ruler, marked "5067".

View of flashlight with Coca Cola can and ruler, marked "5074A".

View of flashlight with Coca Cola can and ruler, marked "5075A".

View of flashlight with Coca Cola can and ruler, marked "5076".

View of flashlight with Coca Cola can and ruler, marked "5078".

View of flashlight with Coca Cola can and ruler, marked "5079".

View of flashlight with Coca Cola can and ruler, marked "5080".

View of flashlight with Coca Cola can and ruler, marked "5081".

View of flashlight with Coca Cola can and ruler, marked "5082".

View of flashlight with Coca Cola can and ruler, marked "5083".

View of flashlight with Coca Cola can and ruler, marked "5084".

View of flashlight with Coca Cola can, "Maxlite 5–3–2" box and ruler, marked "5111".

View of flashlight with Coca Cola can and ruler, marked "5112".

View of flashlight with Coca Cola can and ruler, marked "5115".

View of flashlight with Coca Cola can and ruler, marked "5118".

View of flashlight with Coca Cola can and ruler, marked "5118A".

View of flashlight with Coca Cola can and ruler, marked "5126".

View of flashlight with Coca Cola can and ruler, marked "5127".

View of flashlight with Coca Cola can and ruler, marked "5129".

View of flashlight with Coca Cola can and ruler, marked "5130".

View of flashlight with Coca Cola can and ruler, marked "5131".

View of flashlight with Coca Cola can and ruler, marked "5132".

View of flashlight with Coca Cola can and ruler, marked "5133".

View of flashlight with Coca Cola can and ruler, marked "5137A".

## US D530,439 S

Page 5

View of flashlight with Coca Cola can and ruler, marked "5145".

View of flashlight with Coca Cola can and ruler, marked "5147".

View of flashlight with Coca Cola can and ruler, marked "5149".

View of flashlight with Coca Cola can and ruler, marked "5154".

View of flashlight with Coca Cola can and ruler, marked "5279".

View of flashlight with Coca Cola can and ruler, marked "5300".

View of flashlight with Coca Cola can, "Fulton" box and ruler, marked "5301".

View of flashlight with Coca Cola can, "Fulton" box and ruler, marked "5302".

View of flashlight with Coca Cola can, "Rayovac Police Flashlight" box and ruler, marked "5303".

View of flashlight with Coca Cola can and ruler, marked "5304".

View of flashlight with Coca Cola can and ruler, marked "5305".

View of flashlight with Coca Cola can and ruler, marked "5306".

View of flashlight with Coca Cola can and ruler, marked "5307".

View of flashlight with Coca Cola can and ruler, marked "5308".

View of flashlight with Coca Cola can and ruler, marked "5309".

View of flashlight with Coca Cola can and ruler, marked "5310".

View of flashlight with Coca Cola can and ruler, marked "5311".

View of flashlight with Coca Cola can and ruler, marked "5312".

View of flashlight with Coca Cola can and ruler, marked "5313".

View of flashlight with Coca Cola can and ruler, marked "5314".

View of flashlight with Coca Cola can and ruler, marked "5315".

View of flashlight with Coca Cola can and ruler, marked "5315".

View of flashlight with Coca Cola can and ruler, marked "5317".

View of flashlight with Coca Cola can and ruler, marked "5318".

View of flashlight with Coca Cola can and ruler, marked "5319".

View of flashlight with Coca Cola can and ruler, marked "5320".

View of flashlight with Coca Cola can and ruler, marked "5321".

View of flashlight with Coca Cola can and ruler, marked "5322".

View of flashlight with Coca Cola can and ruler, marked "5841".

View of flashlight with Coca Cola can and ruler, marked "5845".

View of flashlight with Coca Cola can and ruler, marked "5846".

View of flashlight with Coca Cola can and ruler, marked "5971".

View of flashlight with Coca Cola can and ruler, marked "5972".

View of flashlight with Coca Cola can and ruler, marked "5973".

View of flashlight with Coca Cola can and ruler, marked "5974".

View of flashlight with Coca Cola can, "Bianchi" box and ruler, marked "6005A".

View of flashlight with Coca Cola can and ruler, marked "6005A".

View of flashlight with Coca Cola can and ruler, marked "6112".

View of flashlight with Coca Cola can and ruler, marked "6118".

View of flashlight with Coca Cola can and ruler, marked "6119".

View of flashlight with Coca Cola can and ruler, marked "6120".

View of flashlight with Coca Cola can and ruler, marked "6121".

View of flashlight with Coca Cola can and ruler, marked "6124".

View of flashlight with Coca Cola can, container, and ruler, marked "12A".

View of flashlight with Coca Cola can, "Little Commander Pocketlight" packaging and ruler, marked "468".

View of flashlight with Coca Cola can and ruler, marked "2577".

View of flashlight with Coca Cola can and ruler, marked "2578".

View of flashlight with Coca Cola can and ruler, marked "2579".

View of flashlight with Coca Cola can and ruler, marked "2580".

View of flashlight with Coca Cola can and ruler, marked "2581".

View of flashlight with Coca Cola can and ruler, marked "2582".

View of flashlight with Coca Cola can and ruler, marked "2584".

View of flashlight with Coca Cola can and ruler, marked "2570".

View of flashlight with Coca Cola can and ruler, marked "2571".

View of flashlight with Coca Cola can and ruler, marked "2572".

View of flashlight with Coca Cola can and ruler, marked "2574".

View of flashlight with Coca Cola can and ruler, marked "2677".

View of flashlight with Coca Cola can and ruler, marked "2742".

View of flashlight with Coca Cola can and ruler, marked "2749".

View of flashlight with Coca Cola can and ruler, marked "2753".

View of flashlight with Coca Cola can and ruler, marked "2755".

View of flashlight with Coca Cola can and ruler, marked "2874".

View of flashlight with Coca Cola can and ruler, marked "3717".

View of flashlight marked "2678".

View of flashlight marked "2679".

View of flashlight, with two additional parts, marked "2580".

View of flashlight with ruler.

View of flashlight with Coca Cola can and ruler, marked "464 (CPX–55)".

View of flashlight with Coca Cola can and ruler, marked "CPX–422".

View of flashlight with Coca Cola can and ruler, marked "CPX–393".

View of flashlight with Coca Cola can and ruler, marked "CPX–385".

View of flashlight with Coca Cola can and ruler, marked "CPX–264".

View of flashlight with Coca Cola can and ruler, marked "349".

View of flashlight with Coca Cola can and ruler, marked "SL575".

View of flashlight with Coca Cola can and ruler, marked "SL351".

View of flashlight with Coca Cola can and ruler, marked "SL699".

View of flashlight with Coca Cola can and ruler, marked "SL102".

View of flashlight, marked Deposition Exhibit 45 (?).

Consent Judgment and Permanent Injunction in *Mag Instrument, Inc. v. Central Purchasing, Inc.*, No. 89–4668 ER (JRx), filed Apr. 1990.

Consent Judgment and Injunction in *Mag Instrument. Inc. v. Dayton Hudson Corporation*, No. 89–0529 ER (JRx), filed Feb. 1990.

Consent Judgment and Permanent Injunction in *Mag Instrument. Inc. v. Gila Products Limited*, No. 89–CV–7802, filed Nov. 1988.

Consent Judgment and Injunction in *Mag Instrument. Inc. v. Jadico Limited, Inc.*, No. 89–4259–CV–C–9, filed Jun. 1989.

Consent Judgment and Permanent Injunction in *Mag Instrument. Inc. v. Jadico Limited, Inc.*, No. 89–4260–CV–C–5, filed Jul. 1989.

Consent Judgment and Permanent Injunction in *Mag Instrument. Inc. v. Jomira/Advance, Inc.*, No. 89–20286 RPA, filed Aug. 1989.

Consent Judgment and Permanent Injunction in *Mag Instrument. Inc. v. Jomira/Advance, Inc.*, No. 89–20447 RFP, filed Aug. 1989.

Initial Determination, in the matter of Certain Small Aluminum Flashlights and Components Thereof, Investigation No. 337–TA–254.

Views of the Commission, in the matter of Certain Small Aluminum Flashlights and Components Thereof, Investigation No. 337–TA–254.

Decision in Mag v. The U.S. Int'l Trade Commission (Kassner Imports, Inc.; Brinkmann Corporation; Brinkmann International (Hong Kong), Ltd.; and J. Baxter Brinkmann International Corporation, Intervenors, — 88–1313 decided Feb. 15, 1989.

Notice of Issuance of General Exclusion Order, in the matter of Certain Small Aluminum Flashlights and Components Thereof, Investigation No. 337–TA–254.

General Exclusion Order, in the matter of Certain Small Aluminum Flashlights and Components Thereof, Investigation No. 337–TA–254.

Opinion; Findings of Fact and Conclusions of Law, in *Kassnar Imports, Inc. v. Mag Instrument & Mag Instrument, Inc. v. Kassnar Imports, Inc.*— CV 86–802 FFF, filed Jan. 6, 1989.

Judgment in *Kassnar Imports, Inc. v. Mag Instrument & Mag Instrument, Inc. v. Kassnar Imports, Inc.* — CV 86–802 FFF, filed Jan. 6, 1989.

Xscribe Computer–Aided Trascription—George Price Testimony Nov. 4, 1988 "Price—Direct", pp. DA–77 through DA–81.

Xscribe Computer–Aided Trascription—Gerald Ford Testimony Nov. 2, 1988, pp. 4, 23 & '24.

Injunction and Partial Consent Judgment re *Mag Instrument, Inc. v. K Mart Corporation*, No. 89–1203–ER (JRx), filed Aug. 31, 1989.

Consent Judgment and Permanent Injunction in *Mag Instrument, Inc. v. Longs Drug Stores Californai, Inc.*, No. C 619212, filed Jan. 22, 1990.

Consent Judgment and Permanent Injunction in *Mag Instrument, Inc. v. Outdoor Sports Headquarters, Inc.*, No. C–3–89–411, filed Oct. 13, 1989.

Consent Judgment and Permanent Injunction in *Mag Instrument, Inc. v. Outdoor Sports Headquarters, Inc.*, No. C–3–89–410, filed Oct. 13, 1989.

Injunction and Consent Judgment in *Mag Instrument, Inc. v. Sears, Roebuck & Company*, No. 89–0972 ER (JRx), filed Dec. 13, 1989.

Injunction and Consent Judgment, in *Mag Instrument, Inc., v. Sears, Roebuck and Co.*, No. 89–0972 ER (JRx), filed Jan. 17, 1990.

Consent Judgment and Permanent Injunction, in *Mag Instrument, Inc. v. Streamlight, Inc.*, No. 85–6104 SVW(Kx), filed Jan. 16, 1986.

Final Judgment by Consent and Permanent Injunction, in *Mag Instrument, Inc. v. Streamlight, Inc.*, No. CV–87–02530 ER (JRx), filed Sep. 10, 1990.

Weston, "Mini Flash Lite", advertisement received in U.S. Patent & Trademark Office, Jul. 11, 1949.

Brinkmann, Micro–Max 1 package insert, Copyright 1987, (Photocopies of flashlight included in Package and Pictures of Disassembled Flashlight Enclosed).

**U.S. Patent**                    Oct. 17, 2006                    **US D530,439 S**

FIG. 1.





FIG. 2.



FIG. 3.

# EXHIBIT 2

Int. Cl.: 11

Prior U.S. Cl.: 21

**Reg. No. 2,074,795**

## United States Patent and Trademark Office

Registered July 1, 1997

## TRADEMARK
### PRINCIPAL REGISTER



MAG INSTRUMENT, INC. (CALIFORNIA COR-
   PORATION)
1635 SOUTH SACRAMENTO AVENUE
ONTARIO, CA 91776

   FOR: FLASHLIGHTS, IN CLASS 11 (U.S. CL.
21).
   FIRST USE   1-0-1984;   IN   COMMERCE
1-0-1984.
   THE MARK IS THE SHAPE, STYLE AND
OVERALL APPEARANCE OF THE FLASH-
LIGHT ITSELF WHICH IS CHARACTERIZED
BY THE RATIO OF THE LENGTH OF THE
HEAD TO THE OVERALL LENGTH OF THE
FLASHLIGHT, THE RATIO OF THE OUTER
DIAMETER OF THE HEAD TO THE OUTER
DIAMETER OF THE BARREL, AND THE PRO-
FILE OF THE TRANSITION FROM THE
GREATEST OUTER DIAMETER OF THE
HEAD TO THE OUTER DIAMETER OF THE
BARREL.
   SEC. 2(F).

   SER. NO. 74–403,053, FILED 6–14–1993.

RANDY RICARDO, EXAMINING ATTORNEY

# EXHIBIT 3



# BRANDERS.COM Ⓑ
The World's Largest Online Seller of Promotional Items

$50.00 STORE CREDIT details

Need Help? Call 877-292-4891     Go to: 🇨🇦

Cart | Sitemap | Home | Contact Us | Corporate Accounts | Login
Catalog | Artwork | Projects | Quotes | Reorder | My Account

## Promotional Items Search

aluminum flashlight

Advanced Search | ▶ Search

Can't find the item you want?
We'll find it for you.
Call us at 1-877-272-6337.

 Live Help

## Promotional Quick Links
Current Specials
New Products
Fast Turnaround Items
Top Sellers
Trade Show
Industry Related Awareness
The Gift Collection
Brand Names
Lecce Italian Pens

## Browse Promotional Products
Apparel
Auto Accessories
Awards & Recognition
Bags, Packs & Totes
Business Supplies
Calendars & Books
Caps & Hats
Clocks & Watches
Computer
Desktop & Office
Eco Friendly
Electronics
Folios & Notebooks
Food & Drink
Fun & Games
Golf Items
Hardware & Tools
Health & Safety
Healthcare
Home & Housewares
Made in the USA
Mouse Pads
Mugs & Drinkware

### Flashlight - Aluminum Flashlight
Home > Catalog > Back to Search Results > Flashlight - Aluminum Flashlight

Item Number: **60410**

 

🔍 Zoom

Customer Rating:  Not Rated

The bright krypton bulb on this compact aluminum flashlight throws plenty of light on the subject. It also includes wrist strap and batteries.

Product Summary | Available Colors

| | | | | | |
|---|---|---|---|---|---|
| Ships In | 17 business days (pending credit, art, and proof approval) | Decoration Method | Engraving (Logo is the same color as the product) Silkscreen (Max. logo colors : 2) | | |
| Imprint Area | 0.5 in. H X 2.0 in. W | Dimensions | 6 in. H X 1 in. W | | |
| Weight | 0.3lb. | Material | Aluminum | | |

| Quantity | 250 (minimum) | 300 | 450 | 650 | 1,050 | 1450+ |
|---|---|---|---|---|---|---|
| Price | $4.61 | $4.34 | $4.10 | $3.88 | $3.46 | **CALL** |

Additional decoration charges may apply, GET QUOTE NOW and we'll lock in prices for 30 days.

▶ Buy Now   ▶ Get Quote   ▶ Get Free Sample

### View Your Logo On This Item
Register Now and See it With Your Logo Instantly   ▶ Add Your Logo

**Imprint Area**

Imprint Here
🔍 Zoom

**Available Colors**
Actual color may vary slightly from color shown due to different monitor settings.
Black

Write a product review
Email product details

PAGE 28
EXHIBIT 3

Promotional Top Sellers

### Money-Back Guarantee:
↳ Lowest Prices
📣 100% Satisfaction
⏱ On-Time Shipment

REGISTER NOW and get:
😊 Free Samples
✔ $50 Store Credit Applied on Your First Order

✂ Find Better Deals
Free samples, $50 discount, and free artwork cleanup
are but a few clicks away!

First Name:
Last Name:
Company Name:
Work Phone:   Ext:
Country: Choose a country
E-mail:
Person you wish to speak with: Name optional - for referr
How did you hear about us?
* -- Please select one --
☑ Send me your newsletter featuring New Products and Special Offers!

Submit



Patriotic
Pens & Writing
Pocket & Purse
Sports & Outdoors
Stress Balls
Travel & Luggage

**B** one of us.

 Facebook      MySpace
 LinkedIn      Twitter
 Plurk         YouTube
Be the first to find out about
the latest offers and events!
Be sociable. Join us. :)

**Subscribe to Newsletter**

**E-mail:**
[          ] ▸ go

**Standard Product**

Flashlight - Super-Bright
#50558
As low as $0.95
*add your logo* ▸

*get a quote* ▸

**Value Product**

Flashlight -Swivel
Clip Flashlight
#60411
As low as $1.24
*add your logo* ▸

*get a quote* ▸

**Recently Viewed Promotional Items**

Flashlight - Aluminum Flashlight
#60410
As low as $3.46
*add your logo* ▸

*get a quote* ▸

The Giveaways Guru
Promotional Items and Giveaways Expert

Find out what's hot and what's not in the giveaways industry

OFFICIAL BLOG OF BRANDERS.COM | **CLICK HERE**

| | | | |
|---|---|---|---|
| Register Today! | About Branders.com | Contact Branders.com | Branders.com Site Map |
| Promotional Items | Promotional Products | Tradeshow Giveaways | Corporate Gifts |
| Become an Affiliate | My Account | Service and Support | Top Promotional Items |
| Custom Products | Personalized Items | Logo Products | Business Promotional Items |
| Corporate Giveaways | Marketing Products | Promotional Events | Local Promotional Items |

© 2009 Branders.com. all rights reserved

PAGE 29
EXHIBIT 3

BRANDERS.COM ®

Back to product details

# Flashlight - Aluminum Flashlight



| Quantity | 250 (minimum) | 300 | 450 | 650 | 1,050 | 1450+ |
|---|---|---|---|---|---|---|
| Price | $4.61 | $4.34 | $4.10 | $3.88 | $3.46 | **CALL** |

The bright krypton bulb on this compact aluminum flashlight throws plenty of light on the subject. It also includes wrist strap and batteries.

#60410

| | |
|---|---|
| Ships In | 17 business days (pending credit, art, and proof approval) |
| Available Color | Black |
| Decoration Methods | Engraving (Logo is the same color as the product) Silkscreen (Max. logo colors : 2) |
| Imprint Area Size: | 2.0 in. W X 0.5 in. H |
| Dimensions | 6 in. H X 1 in. W |
| Weight | 0.3lb. |
| Material | Aluminum |

call us! 1-877-272-6337
brandersservice@branders.com

> Add Your Logo
> Get Quote
> Get Free Sample
> Buy Now

© 2009 Branders.com. all rights reserved

PAGE 30
EXHIBIT 3