JS-6

COOLEY GODWARD KRONISH LLP
TIMOTHY S. TETER (171451)
(TETERTS@COOLEY.COM)
BENJAMIN G. DAMSTEDT (230311)
(BDAMSTEDT@COOLEY.COM)
ERICA C. TIERNEY (253557)
(ETIERNEY@COOLEY.COM)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
BRANDERS.COM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MAG INSTRUMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> BRANDERS.COM, INC., a Delaware corporation, and DOES 1-10, <br><br> Defendant. | Case No. EDCV09-955 SGL (VBKx) <br><br> **JUDGMENT** |

Judgment is entered in favor of Plaintiff Mag Instrument, Inc. and against Defendant Branders.com, Inc. in the sum of $35,000, which sum already includes all costs and any reasonable fees or other amounts recoverable as costs. Plaintiff's claims against Defendant are each hereby DISMISSED WITH PREJUDICE. Branders' affirmative defenses are hereby DISMISSED WITHOUT PREJUDICE as moot. This judgment shall not be deemed an admission by Branders as to validity or infringement, and shall have no effect, including but not

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

JUDGMENT
EDCV09-955

1  limited to collateral estoppel or *res judicata*, on Branders' ability to raise any defense in any
2  future action.
3
4  Dated: 1/19/10
5
6  _Virginia A Phillips_
7
8  806084/PA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

JUDGMENT
EDCV09-955